UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CENTRAL MUTUAL INSURANCE
COMPANY,

    Plaintiff,

v.                                       CASE NO: 2:22-cv-14058-KMM

ACE AMERICAN
INSURANCE COMPANY,

    Defendants.
_____/

## PLAINTIFF'S, CENTRAL MUTUAL INSURANCE COMPANY, EXPERT WITNESS DISCLOSURES

Plaintiff, CENTRAL MUTUAL INSURANCE COMPANY, by and through the undersigned counsel, and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, discloses the following expert witnesses it may use at the trial of this matter:

1. Daniel R. Doucette, Esq.
   16800 W. Greenfield Avenue, Suite 124
   Brookfield, WI, 53005

A copy of Mr. Doucette's CV and Trial Testimony List is attached hereto. A copy of his signed report will be provided upon receipt following his receipt and review of outstanding documents. Specifically, Ace's responses to discovery. Central Mutual Insurance Company reserves the right to supplement his report in accordance with Fed. R. Civ. P. 26(e).

                                              Respectfully Submitted,

                                              */s/ Jay B. Green*
                                              JAY B. GREEN, ESQ.
                                              Fla. Bar No. 213268
                                              BRYAN ASHLOCK, ESQ.
                                              Fla. Bar No: 114038
                                              GREEN, MATZNER & KELLNER, P.A.

*Central Mut. Ins. Co. v. Ace Am. Ins. Co.*
Case No.: 2:22-cv-14058-KMM
Page 2

*Counsel for Plaintiff*
1200 North Federal Highway, Suite 301
Boca Raton, FL 33432
Telephone:   (561) 347-2400
Facsimile:    (561) 955-9555

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will electronically send notification to counsel of record, on this 31st day of August, 2022.

GREEN, MATZNER & KELLNER, P.A.
*Counsel for Plaintiff*
1200 North Federal Highway, Suite 301
Boca Raton, FL 33432
Primary:       jgreen@gaflaw.com
Secondary:   bashlock@gaflaw.com
                      raassist@gaflaw.com
Telephone:    (561) 347-2400
Facsimile:     (561) 955-9555

By: */s/ Jay B. Green*
     JAY B. GREEN
     Fla. Bar No. 213268
     BRYAN ASHLOCK, ESQ.
     Fla. Bar No: 114038